# In The United States Court of Federal Claims

RECEIVED

JAN 3 0 2007

## Cover Sheet

OFFICE OF THE CLERK U.S. COURT OF FEDERAL CLAIMS

07 - 76 C

Plaintiff(s) or Petitioner(s)

Mass Hauling Corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Carlo Cellai, Esq.

Firm Name: Cellai Law Offices, P.C.

Post Office Box:

Street Address: 355 Congress Street, Suite 2B

City-State-Zip: Boston, MA 02110

Telephone & Facsimile Numbers: (617) 367-2199; (617) 367-2075

E-mail address: carlo@cellailaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: V A

**See attached Sheet for three digit code.**

Amount Claimed: $ 244,990.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005