IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MASS HAULING CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-76C |
| | ) | (Judge Eric G. Bruggink) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David M. Hibey, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David M. Hibey
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202)307-0163
Fax: (202)514-8624
E-mail:David.Hibey@usdoj.gov

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: February 14, 2007

s/ David M. Hibey
David M. Hibey
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: 202-307-0163
David.Hibey@usdoj.gov

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this, 14th day of February, 2007, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE," addressed as follows:

s/ David Hibey