# In the United States Court of Federal Claims

No. 07-76C ADR PILOT
(Filed: March 16, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
MASS HAULING CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case was assigned to my docket pursuant to the ADR Pilot Program. Counsel are hereby notified that I am available to discuss a means for resolving this action. Should the parties wish to pursue alternative dispute resolution, they are directed to contact chambers at 202-357-6524. Otherwise, initiation of ADR proceedings is deferred.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lawrence M. Baskir