IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MASS HAULING CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-76C |
| | ) | (Judge Eric G. Bruggink) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMNT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45 day enlargement of time, to and including May 17, 2007, to file a response to plaintiff's complaint. Presently defendant's response to the complaint is due no later than April 2, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff will not oppose our request for an enlargement of time.

Although counsel for the Government transmitted a copy of the plaintiff's complaint to the Department of Veterans Affairs' general counsel's office on February 15, 2007, agency counsel was not assigned to the matter until March 26, 2007. Agency counsel is in the process of preparing a litigation report. We rely upon agency counsel to prepare a litigation report, pursuant to 28 U.S.C. § 520, concerning the case so that we may respond properly to actions filed against the United States.

Due to the varied and complex allegations involved, defendant's counsel will require additional time to review the final litigation report and time to obtain supervisory review for the preparation and filing of the Government's response.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 45 days, to an including May 17, 2007, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

March 30, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of March, 2007, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey