# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: April 2, 2007)

*****************************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **Motion for a 45-day Enlargement of Time** filed March 30, 2007, to respond to Complaint is hereby **GRANTED**. The **Defendant's response shall be filed no later than May 17, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge