IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MASS HAULING CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-76C |
| | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 31 day enlargement of time, to and including June 18, 2007, to file a response to plaintiff's complaint. Presently the Government's response to the complaint is due no later than May 17, 2007. This is the Government's second request for an enlargement of time for this purpose. On May 14, 2007, counsel for the Government placed a telephone call for plaintiff's counsel. An assistant for plaintiff's counsel took a message for plaintiff's counsel in which counsel for the Government indicated that the Government would be seeking an enlargement of time to file its response to the complaint. On May 15, 2007, counsel for the Government spoke to plaintiff's counsel's assistant again, and she indicated that counsel was waiting for a response from the plaintiff as to its position regarding the Government's motion. Thus, plaintiff's position with respect to this motion is unknown.

Although counsel for the Government transmitted a copy of the plaintiff's complaint to the Department of Veterans Affairs' general counsel's office on February 15, 2007, agency counsel was not assigned to the matter until March 26, 2007. Agency

counsel has been thwarted in preparing a litigation report because the contracting officer for the contract at issue has left the Department of Veterans Affairs and his files are continuing to be reviewed. Agency counsel has provided a partial litigation report, and she has indicated that she will provide a complete report no later than the end of this week. We rely upon agency counsel to prepare a litigation report, pursuant to 28 U.S.C. § 520, concerning the case so that we may respond properly to actions filed against the United States.

Due to the varied and complex allegations involved, defendant's counsel will require additional time to review the final litigation report and time to obtain supervisory review for the preparation and filing of the Government's response.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 31 days, to an including June 18, 2007, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

May 16, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of May, 2007, a copy of the foregoing "Defendant's Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey