# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: May 22, 2007)

**************************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

Defendant's second **Motion for an Enlargement of Time** (31 days, for a total of 76 days) filed May 16, 2007, to respond to Complaint is hereby **GRANTED**. The **Defendant's response shall be filed no later than June 18, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge