IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MASS HAULING CORPORATION<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-76C<br>(Judge Baskir) |

DEFENDANT'S STATUS REPORT

Pursuant to paragraphs 2, 3, and 4 of the Court's August 17, 2006 Special Procedures Order, defendant, the United States, is not filing its dispositive motion at this time. We understand that no dispositive motion may be filed before the Preliminary Status Conference with the Court. It is also our understanding that a Joint Preliminary Status Report ("JPSR"), including an identification of the factual and legal bases for our anticipated dispositive motion must be filed within 45 days of the date when an answer would otherwise be due. The answer in this case is currently due on or before June 18, 2007. Therefore, defendant intends to work with plaintiffs' counsel in order to file a JPSR, in compliance with this Court's Special Procedures Order, on or before August 2, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

DATED: June 18, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I HEREBY CERTIFY THAT ON THIS 18TH DAY OF JUNE, 2007, A COPY OF THE FOREGOING "DEFENDANT'S STATUS REPORT" WAS FILED ELECTRONICALLY. I UNDERSTAND THAT NOTICE OF THIS FILING WILL BE SENT TO ALL PARTIES BY OPERATION OF THE COURT'S ELECTRONIC FILING SYSTEM. PARTIES MAY ACCESS THIS FILING THROUGH THE COURT'S SYSTEM.

___s/ David M. Hibey____