IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MASS HAULING CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-76C |
| | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

The parties respectfully request an enlargement of time of 45 days, to and including September 17, 2007, within which to file the Joint Preliminary Status Report ("JPSR"). The JPSR is now due to be filed on August 2, 2007. This is the parties' first request for an enlargement of time for this purpose.

The parties seek this enlargement because counsel for the plaintiff will be traveling overseas during the following three weeks, and counsel for the Government will also be on annual leave for several days during August. Moreover, the parties have held discussions regarding settlement and would like to continue to explore the possibility of settling this case before we file the JPSR. If settlement is approved by the parties, the parties will then negotiate

and draft a settlement agreement. An enlargement of 45 days within which to file the JPSR will allow us to continue to pursue settling this matter, or, if need be, to prepare the JPSR.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

/s Carlo Cellai
Carlo Cellai, Esq.
CELLAI LAW OFFICES, P.C.
355 Congress Street
Suite 2B
Boston, MA 02110
Tel: (617) 367-2199
Fax: (617)367-2075
Attorneys for the Plaintiff

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

July 31, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 31st day of July 2007, a copy of the foregoing "Joint Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey