# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: August 1, 2007)

*****************************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

On July 31, 2007, the parties **filed a Joint Motion for a 45-day Enlargement of Time** to submit the **Joint Preliminary Status Report** (JPSR). This Motion is hereby **GRANTED**. The **JPSR shall be filed no later than September 17, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge