# In the United States Court of Federal Claims

No. 07-76C ADR PILOT
(Filed: August 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
MASS HAULING CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephone conference held this date, the court will conduct another telephonic status conference on Monday, August 20, 2007, at 10:00 a.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lawrence M. Baskir