# In the United States Court of Federal Claims

No. 07-76C ADR PILOT
(Filed: August 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
MASS HAULING CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

## CORRECTED ORDER

The court's previous order, sent this date, is hereby corrected to reflect that the telephone conference scheduled for Monday, August 20, 2007, will be held at 2:00 p.m.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lawrence M. Baskir