# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: September 21, 2007)

*****************************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference** (on the record) scheduled for **10:00 a.m.**, on Wednesday, **October 24,** 2007. The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge