# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: October 11, 2007)

****************************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

This Order reschedules the **October 24th telephonic Preliminary Status Conference** (on the record) **to 2:00 p.m., on Friday, November 2,** 2007. The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge