# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: November 2, 2007)

*********************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*********************************************

**ORDER**

The Court held a telephonic preliminary status conference in the above-captioned case on November 2, 2007. This Order confirms the matters decided at that conference.

The parties have agreed that the Defendant shall file either a Motion to Dismiss or an Answer to the Plaintiff's Complaint **no later than December 11, 2007.** The Plaintiff shall then file either a response to the Defendant's motion or, should it so choose, an amended Complaint **no later than January 14, 2007.**

If the Defendant files an Answer, the parties shall file a Joint Status Report proposing further proceedings **no later than January 14, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge