# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**MASS HAULING CORPORATION,**
**Plaintiff**

**v.** **Docket No. 07-76C**
**(Judge Baskir)**

**UNITED STATES of AMERICA**
**DEPARTMENT OF VETERAN'S AFFAIRS,**
**Defendant**

## RULE 26(a)(1) PRETRIAL DISCLOSURE OF THE PLAINTIFF, MASS HAULING CORPORATION

Pursuant to F.Ct.Cl.R.Civ.P. 26(a)(1), Plaintiff, Mass Hauling Corporation (hereinafter "Mass Hauling"), hereby make the following pretrial disclosures identifying (i) witnesses who Plaintiff expects to present, (ii) the testimony to be presented by means of deposition, and (iii) the documentary exhibits which Plaintiff expects to offer in evidence at trial. Plaintiff reserves the right to supplement any of these disclosures in response to Defemdant's disclosures and its case-in-chief.

I. **Plaintiffs' Witnesses**

A. Witnesses Expected To Be Presented

1. Daniel Murphy, President
Mass Hauling Corporation
200 Libbey Industrial Parkway
Weymouth, Massachusetts 02189

2. Bill Hollis
Mass Hauling Corporation
200 Libbey Industrial Parkway
Weymouth, Massachusetts 02189

3. Felicia Morales
Department of Veterans Affairs
150 South Huntington Avenue
Boston, Massachusetts 02130

4. Norbert J. Cebula, Contracting Officer
Department of Veterans Affairs
150 South Huntington Avenue
Boston, Massachusetts 02130

5. Robert Fuller
Department of Veterans Affairs
150 South Huntington Avenue
Boston, Massachusetts 02130

6. DBI Waste Systems, Inc.
Everett, Massachusetts

II. **Plaintiff's Documentary Exhibits**

Plaintiff expects to offer in evidence the following documents.

**A. Correspondence**

| | Date | Item | From | To |
|---|---|---|---|---|
| 1. | 10/04/2006 | Correspondence | Mass Hauling's Counsel | VA -Boston |
| 2. | 08/20/2007 | Correspondence – Termination for Convenience | Dept Veternas Affairs | Mass Hauling Corporation (never received by Mass Hauling Corporation only its counsel) |
| 3. | 3/12/2004 | Correspondence | Phillip Anderson, Esq., Department of Veterans Affairs | Anthony Gamboa, Counsel, GAO |
| 4. | 03/11/2004 | Correspondence | Daniel Murphy, Mass Hauling Corporation | Department of Veteran's Affairs |
| 5. | 03/11/2004 | Fax (2 pages) | Department of Veterans Affiars | |
| 6. | 12/5/2003 | Correspondence | Robert Fuller, Department of Veteran's Affairs | DBI Waste Systems |
| 7. | 11/24/2003 | Correspondence | Norbert Cebulus, Contracting Officer, Department of Veterans Affairsr | Price Evaluation |
| 8. | 04/23/2004 | Correspondence | Norbert Cebula, Contracting Officer, Department of Veteran's Affairs | Daniel Murpy, Mass Hauling |

| | Date | Item | From | To |
|---|---|---|---|---|
| 9. | 11/26/2003 | Bid Results | Norbert Cebula, Contracting Officer, Department of Veteran's Affiars | |
| 10. | 02/09/2004 | Correspondence | Phillip Anderson, Esq., Department of Veteran's Affairs | Anthony Gamboa, Esq., GAO |
| 11. | 02/02/2004 | Memorandum | Norbert Cebula, Contracting Officers, Department of Veteran's Affairs | |
| 12. | 02/04/2004 | Fax | Norbert Cebula, Contracting Officers, Department of Veteran's Affairs | Merile Rosenberg, Department of Veteran's Affairs |

**B. Miscellaneous Documents**

1. Decision of GAO dated December 10, 2003.
2. Confirmation Report Requirement dated January 8, 2004 from GAO
3. Decision of GAO dated March 25, 2004
4. Request of D.B.I. Waste Systems, inc. for Reconsideration of Dismissal of Bid Protest.
5. Bid Award with associated bid documents dated November 24, 2003.
6. Bid of Mass Hauling.
7. Acknowledgement of Protest from GAO dated January 8, 2004.
8. Confirmation of Report Requirement from GAO dated January 8, 2004.
9. Sign in sheet for Bid opening.
10. Blank bid form with associated rules, regulations and documents.
11. Bid of DBI dated September 20, 2003.
12. Comments of D.B.I. Waste Systems, Inc. on Response of Department of Veteran's Affairs.
13. Affidavit of Mario Prezioso dated February 25, 2004.
14. Statement of Contracting Officer dated March 12, 2004 (with attached reference to Marie Rosenberg, Department of Veteran's Affairs.

15. Response of D.B.I. Waste Systems, Inc. to the Department of Veteran's Affairs "March 12, 2004" Submission.

16. Regulations regarding the Opening of Bids and Award of Contract.

17. Entire Administrative Record.

III. **Damage Computation**

Mass Hauling Corporation calculates its damages as set forth in the correspondence dated October 4, 2006 to Norbert Cebula, Contracting Officer, Department of Veterans Affairs. The Plaintiff, Mass Hauling Corporation calculates its damages at $48,998 per year for the 5 year contract with a total lost profit or basis of the bargain of $244,990.00.

Respectfully submitted,

**MASS HAULING CORPORATION**
*By its attorneys,*

/s/ Carlo Cellai, Esq.

Carlo Cellai, Esq.
Cellai Law Offices, P.C.
355 Congress Street, Suite 2B
Boston, MA 02210
(617) 367-2199

## CERTIFICATE OF SERVICE

I, Carlo Cellai, Esq., hereby certify that I served a true copy of the foregoing document upon David Hibbey, Esq., Commercial Litigation Branch, Civil Division, Department of Justice, 1100 L Street, N.W., Attn: Classification Unit, 8th Floor, Washington, DC 20530 electronically this 15th day of November, 2007.

/s/ Carlo Cellai, Esq.