IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MASS HAULING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-76C |
| | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests that the Court dismiss counts I-IV of Mass Hauling Corporation's (MHC) complaint for failure to state a claim upon which relief may be granted. Pursuant to RCFC 12(b)(1), we also respectfully request that count V of the complaint be dismissed for lack of subject matter jurisdiction.

Having never performed any work pursuant to the contract at issue, MHC can make no cognizable claim for the lost profits it seeks for counts I-IV of the complaint. Moreover, this Court does not possess jurisdiction to entertain MHC's declaratory judgment claim in count V of its complaint because this claim for equitable relief is unrelated to a money judgment.

In support of this motion, we rely upon the complaint and the corresponding memorandum of law in support of our motion.

Respectfully submitted,

JEFFREY S. BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

December 11, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 11th day of December, 2007, a copy of the foregoing “Defendant’s Motion to Dismiss” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David M. Hibey