**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MASS HAULING CORPORATION,** | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **Docket No. 07-76C** |
| | } | **(Judge Baskir)** |
| **UNITED STATES of AMERICA** | } | |
| **DEPARTMENT OF VETERAN'S** | } | |
| **AFFAIRS,** | } | |
| **Defendant** | } | |

**<u>PLAINTIFF'S CONSENTED-TO MOTION TO ENLARGE THE TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, PURSUANT TO RCFC 6(b)</u>**

Now comes the Plaintiff, Mass Hauling Corporation ("MHC"), and moves, with the consent of the Defendant, the United States of America, Department of Veteran's Affairs ("the VA"), that this Honorable Court enlarge the time for Plaintiff to file its opposition to Defendant's motion to dismiss to January 25, 2008. In support hereof, Plaintiff states:

1. Defendant's motion to dismiss was filed on December 11, 2007, and Plaintiff's response thereto is due by January 11, 2008.

2. No previous enlargement of time to file Plaintiff's opposition has been sought or granted.

3. Due to the facts that (a) the briefing schedule encompassed a large part of the Holiday season, (b) Plaintiff's counsel's office

experienced staffing shortages during the briefing period, and (c) the motion raises several complex issues that must be briefed, **Plaintiff requires and respectfully requests an additional fourteen days to complete and file its opposition brief, to and including January 25, 2008**.

4. **This motion has been consented to by counsel for the Defendant, David M. Hibey, Esquire**.

CONCLUSION

WHEREFORE, in accordance with the foregoing, the Plaintiff respectfully requests this Honorable Court to grant its consented-to motion to enlarge the time for Plaintiff to file its opposition to Defendant's motion to dismiss, to January 25, 2008.

Dated: January 9, 2008

The Plaintiff
**MASS HAULING CORPORATION,**

**By its attorney**

**/s/Carlo Cellai**_____________
Carlo Cellai, Esq.
CELLAI LAW OFFICES, P.C.
355 Congress Street, Suite 2B
Boston, MA 02110
Telephone: (617) 367-2199
Facsimile: (617) 367-2075

# CERTIFICATE OF FILING

I certify that on this date a copy of PLAINTIFF'S CONSENTED-TO MOTION TO ENLARGE THE TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, PURSUANT TO RCFC 6(b) was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

DATED: January 9, 2008 s/Carlo Cellai