# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: January 10, 2008)

*****************************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

On January 9, 2008, the Plaintiff filed an unopposed **Motion to Enlarge the Time to File its Opposition to Defendant's Motion to Dismiss.** This Motion is hereby **GRANTED**. Accordingly, **the Plaintiff shall file its opposition brief no later than January 25, 2008.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir