IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MASS HAULING CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-76C |
| | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

<u>DEFENDANT'S CONSENT MOTION</u>
<u>FOR AN ENLARGEMENT OF TIME</u>

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14 day enlargement of time, to and including February 22, 2008, to file a response to plaintiff's opposition to defendant's motion to dismiss and cross-motion to amend the complaint. The Government filed its motion to dismiss in this matter on December 11, 2007. Presently the Government's response to plaintiff's opposition and cross-motion is due no later than February 8, 2008. This is the Government's first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that plaintiff consents to our motion.

An enlargement of time is necessary to permit completion of the defendant's response to plaintiff's 21 page filing. Counsel for the defendant is presently devoting time and resources towards preparing respondent's brief due on February 4, 2008 in the Federal Circuit in Howard L. Franklin v. Department of the Treasury No. 2008-3053 (Fed. Cir.). Counsel will devote time and resources next week in preparing to take six depositions in five days in Seattle, Washington during the week of February 11, 2008 in Kiewit/Manson JV v. United States, No. 06-00796 (Fed. Cl.). Counsel will also be devoting time to defending the Government in WTAK-2-Inc. v. United States, No. 05-1282 (Fed. Cl.) (status report due February 12); Bass Management Inc. v. United States, No. 07-00056 (Fed. Cl.); and Simon Roofing & Sheet Metal Corp. v. United States, No. 07-00467 (Fed. Cl.).

For the foregoing reasons, defendant respectfully requests that the Court grant its consented motion for an enlargement of time of 14 days, to an including February 22, 2008, within which to file a response to plaintiff's opposition to defendant's motion to dismiss and cross-motion to amend its complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

February 1, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of February, 2008, a copy of the foregoing "Defendant's Consent Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey