# In the United States Court of Federal Claims

Case No. 07-76C
(FILED: March 24, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**MASS HAULING CORPORATION,** *
*Plaintiff,* *
*
v. *
*
**THE UNITED STATES OF AMERICA,** *
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

_____**The Plaintiff's January 25, 2008, motion for leave to amend the complaint is hereby GRANTED over the Government's objection. The Plaintiff shall file an amended complaint no later than April 18, 2008.**

**Within thirty days thereafter, the parties shall file a Joint Preliminary Status Report (JPSR)** pursuant to Appendix A of the Rules of the Court of Federal Claims. As part of the JPSR, the parties are to discuss the effect, if any, of the August 20, 2007, termination for convenience on this case.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge