IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MASS HAULING CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-76C |
| | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 45 days, to and including July 2, 2008 within which the parties may file the Joint Preliminary Status Report ("JPSR"). The JPSR is now due to be filed on May 19, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel stated that the plaintiff concurs with the substance of this motion.

The parties seek this enlargement because counsel for the Government is still awaiting a litigation report in response to plaintiff's amended complaint and because Government counsel will be traveling to Anchorage, Alaska on Wednesday May 22, 2008 for a trial in Kiewit Manson JV v. United States, Cl. No. 06-796C, that is set to begin on May 27, 2008 and scheduled to end on June 13, 2008.

The parties also seek an enlargement to accommodate the busy schedule of plaintiff's counsel. For these reasons, we respectfully request that our motion be granted.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s Carlo Cellai
Carlo Cellai, Esq.
CELLAI LAW OFFICES, P.C.
355 Congress Street
Suite 2B
Boston, MA 02110
Tel: (617) 367-2199
Fax: (617)367-2075
Attorneys for the Plaintiff

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

May 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of May 2008, a copy of the foregoing "Joint Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey