# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: May 20, 2008)

*****************************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The Defendant's unopposed **Motion for a 45-day Enlargement of Time, until July 2, 2008**, to file the parties' Joint Preliminary Status Report is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge