# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: July 22, 2008)

*********************************************
MASS HAULING CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*********************************************

**ORDER**

In the Joint Preliminary Status Report filed in this case on July 2, 2008, the parties requested a telephonic preliminary status conference with the Court on August 20 or 21, 2008.

The Court will not be able to accommodate the parties on these dates. **The parties are requested to provide the Court with three dates after September 15, 2008. The conference will begin at either 10:00 a.m. or 2:00 p.m. The parties shall provide these three dates promptly to the Court's Judicial Assistant, Ms. Denise Lawson, at (202) 357-6500.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge