# In the United States Court of Federal Claims

Case No. 07-76C
(Filed: July 28, 2008)

| | |
|---|---|
| MASS HAULING CORPORATION, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

This Order confirms the **telephonic Status Conference** (on the record) **for 2:00 p.m., on Thursday, September 18, 2008**. The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge